**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7109**

─────────────

In re: MICHAEL WAYNE MONTGOMERY, a/k/a Shaka
Macumba Zulu Z,

                                    Plaintiff - Appellant.


─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (MISC-95-136-6)

─────────────

Submitted:  January 11, 2001          Decided:  January 17, 2001

─────────────

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael Wayne Montgomery, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Wayne Montgomery appeals the district court's order denying his petition for relief from a properly imposed prefiling injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In re: Montgomery, No. MISC-95-136-6 (D.S.C. July 26, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2